# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

LAURIE DAWSON,

    Plaintiff,

v.

TRANS UNION, LLC., and ACCURATE CREDIT CHECK,

    Defendants

*JUDGMENT*

Cause Number C00-1397R

The court finds that Dawson's FCRA claims against Trans Union and Accurate Credit cannot survive summary judgment scrutiny and GRANTS both Trans Union's motion for summary judgment and Accurate Credit's motion for joinder: the complaint is DISMISSED in its entirety.

Dated this 20 TH day of August 2001 at Seattle, Washington.

BRUCE RIFKIN
Clerk of Court
By

Elizabeth Tyree
Deputy Clerk

JUDGMENT

CV 00 01397 #00000043