CC: TO JUDGE __SA__

The Honorable BARBARA J. ROTHSTEIN

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SEP 19 2001   PM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAURIE DAWSON, )
                )
   Plaintiff,   )  No. C00- 1397R
                )
v.              )  NOTICE OF APPEAL
                )
TRANS UNION, LLC and ACCURATE )
CREDIT CHECK,  )
                )
   Defendants.  )
                )

Notice is hereby given that Laurie Dawson, plaintiff in the above referenced case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Summary Judgment and the entry of Judgment dismissing her case in its entirety entered on August 20, 2001.

DATED this 19th day of September, 2001.

_____
Mark G. Olson, WSBA# 17846
Attorneys for Plaintiff

Copy Delivered To:

Steven Goldstein, Esq.
Betts Patterson & Mines
1215 Fourth Ave., Suite 800
Seattle, WA 98161
Counsel for Defendant Accurate Credit

George W. Akers, Esq.
Montgomery Purdue Blankinship & Austin, PLLC
701 Fifth Avenue, Suite 5800
Seattle, WA 98104
Counsel for Defendatn Trans Union, LLC

NOTICE OF APPEAL         - 1 -

MARK G. OLSON
ATTORNEY AT LAW
302 Frontier Bank Building
2825 Colby Avenue
EVERETT, WASHINGTON 98201
TELEPHONE: (425) 388-5516
SEATTLE LINE: (206) 745-0890
FACSIMILE: (425) 252-8998