**FILED LODGED RECEIVED** | MAIL |

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

DEC 04 2001
AT SEATTLE
CLERK US DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**FILED** NOV 28 2001
CATHY A. CATTERSON
U.S. COURT OF APPEALS

| | |
|---|---|
| LAURIE DAWSON, | No. 01-35882 |
| Plaintiff - Appellant, | D.C. No. CV-00-01397-BJR |
| v. | Western District of Washington (Seattle) |
| TRANS UNION LLC, et al., | ORDER |
| Defendants - Appellees. | |

The court is in receipt of appellant's notice of "settlement of all claims" and shall construe it as a motion for voluntary dismissal of the appeal. So construed, the motion is granted. This appeal is dismissed pursuant to Federal Rule of Appellate Procedure 42(b).

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

*Linda K. King*
Linda K. King
Deputy Clerk

pro 11.26

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
NOV 28 2001
by _____
Deputy Clerk

CV 00-01397  #00000047